### 4986. RASH *v.* THE STATE.

POTTLE, J. The evidence demanded the verdict; and if there was any error either in charging the jury or in failing to charge, it affords the plaintiff in error no cause for complaint. 　　　　 *Judgment affirmed.*
　　　　　　　DECIDED JULY 22, 1913.

Conviction of fornication; from city court of Cartersville—Judge Foute. May 3, 1913.

*William T. Townsend,* for plaintiff in error.

*Watt H. Milner, solicitor,* contra.